UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x
CROWN AWARDS, INC. and CROWN TROPHY,
INC.,
: Civ. Act. No. 03-CV-2448
              Plaintiffs,
: (DLI)(MLO)
   - against -

JAMES ENGRAVERS, LTD., and its : CONSENT ORDER
division, TROPHY DEPOT, JAMES O'BOYLE, : AND JUDGMENT
and HOWARD BECKER,

             Defendants.
---------------------------------x

    Upon the consent of the parties, it is hereby Ordered and Adjudged that the above action is resolved as follows:

    1.    Defendants will pay Plaintiff the sum of $430,000 within ten (10) days after the entry of this Order by the Court. If the aforesaid payment is not timely made, a judgment for this amount may be docketed against Defendants James Engravers, Ltd. and James O'Boyle.

    2.    The injunctive provisions of the Order of this Court dated September 3, 2003 are hereby made permanent.

    3.    Plaintiffs covenant and agree that they will not commence, prosecute or assert in any way any claims, actions or proceedings against Defendants with respect to the trophy catalogs published and distributed by Defendants in 2004 and 2005, which were approved by Plaintiffs' attorneys under the Stipulation and Order dated November 24, 2003.

4. Pursuant to the terms hereof, this action is dismissed with prejudice. Notwithstanding anything to the contrary, this Court shall retain jurisdiction to enforce and pass upon compliance with the terms of this Order. In furtherance thereof, any party may move to restore this action to the Court's docket.

5. Facsimile signatures of counsel shall be deemed as effective as original signatures of counsel.

Dated:   Brooklyn, New York
         August 3, 2005

                                    _____
                                    Hon. Dora L. Irizarry
                                    United States District Court Judge

The undersigned counsel for the parties hereto, on behalf of their respective clients, hereby consent to the entry of the above Consent Order and Judgment.

Aronauer, Goldfarb, Re & Yudell, LLP

By: Joseph Aronauer (JA:3827)
    A Member of the Firm
Attorneys for Plaintiffs
444 Madison Avenue, 17th Floor
New York, NY  10022
(212) 755-6000

Lewis Brisbois Bisgaard & Smith LLP

By: Jonathan Pink (JP:3483)
    A Member of the Firm
Attorneys for Defendants
650 Town Center Drive
Suite 1400
Costa Mesa, Ca  92626
(714) 545-9200

# ARONAUER, GOLDFARB, RE & YUDELL, LLP

ATTORNEYS AT LAW

JOSEPH ARONAUER
SAMUEL GOLDFARB
JOHN C. RE
KENNETH S. YUDELL

DENISE SELDMAN BENUN

MICHAEL S. SCHER
ALAN I. SILLS
DONNA A. TOBIN
OF COUNSEL

444 MADISON AVENUE
NEW YORK, NY 10022
TELEPHONE 212-755-6000
FAX 212-755-6006
WEBSITE WWW.AGRYLAW.COM

E-MAIL: JARONAUER@AGYRLAW.COM

RECEIVED
in Chambers of:
U.S. District Judge
DORA L. IRIZARRY

AUG 3 – 2005

August 3, 2005

**BY MESSENGER**

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 365
Brooklyn, New York 11201

      Re:   Crown Awards, Inc, et al. v. Trophy Depot, et al.
            03-CV-2448 (DLI)(MLO)

Dear Judge Irizarry:

      We are counsel for the Plaintiffs in the above action. Pursuant to our discussion earlier today with your Chambers, enclosed please find a proposed Consent Order and Judgment.

      Respectfully,

      Joseph Aronauer

JA:nb
0520-009
cc:   Jonathan Pink, Esq. (By Facsimile)